# Third District Court of Appeal

## State of Florida

Opinion filed December 4, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0760
Lower Tribunal No. 16-33175
_____

**James H. Greason, Trustee**,
Appellant,

vs.

**Rolling Green Condominium E., Inc.**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas and Alan Fine, Judges.

James H. Greason, for appellant.

Koss Law Firm, P.A., and Jeremy A. Koss, for appellee.

Before LINDSEY, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory. Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal."); see also Balsam v. S. Palm Beach Fin. Corp., 695 So. 2d 1267, 1268 (Fla. 4th DCA 1997) ("[T]he lack of a transcript prevents us from determining whether this issue was properly preserved by objection below.").